UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MELISSA BELGAU, DONNA BYBEE, RICHARD OSTRANDER, KATHRINE NEWMAN, MIRIAN TORRES, GARY HONC, and MICHAEL STONE, | CIVIL JUDGMENT<br><br>CASE NO. 3:18-cv-05620-RJB |
| Plaintiffs, | |
| v. | |
| JAY INSLEE, in his official capacity as governor of the State of Washington, DAVID SCHUMACHER, in his official capacity as Director of the Washington Office of Financial Management, JOHN WEISMAN, in his official capacity as Director of the Washington Department of Health, CHERYL STRANGE, in her official capacity as Director of the Washington Department of Social and Health Services, ROGER MILLAR, in his official capacity as Director of the Washington Department of Transportation, JOEL SACKS, in his official capacity as Director of the Washington Department of Labor and Industries, and WASHINGTON FEDERATION OF STATE EMPLOYEES (AFSCME, COUNSEL 28) a labor corporation, | |
| Defendants. | |

Judgment

____ **Jury Verdict.** This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

- The State Defendants' Motion for Summary Judgment (Dkt. 47) IS GRANTED;
- The Union's Motion for Summary Judgment (Dkt. 46) IS GRANTED; and
- The Plaintiffs' Cross-Motion for Summary Judgment (Dkt. 48) IS DENIED;
- This case IS CLOSED.

Dated this 19th day of February, 2019.

                                             William M. McCool
                                             Clerk of Court

                                             s/Tyler Campbell
                                             Tyler Campbell, Deputy Clerk

Judgment