The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

MELISSA BELGAU, *et al.*,

　　　　　Plaintiffs,

v.

JAY R. INSLEE, *et al.*,

　　　　　Defendants.

NO. 3:18-cv-05620

**NOTICE OF APPEAL BY PLAINTIFFS MELISSA BELGAU, DONALD BYBEE, MICHAEL STONE, RICHARD OSTRANDER, MIRIAM TORRES, KATHERINE NEWMAN, and GARY HONC**

NOTICE IS HEREBY GIVEN that Plaintiffs Melissa Belgau, Donna Bybee, Michael Stone, Richard Ostrander, Miriam Torres, Katherine Newman, and Gary Honc, for themselves and a prospective class of similarly situated individuals, appeal to the United States Court of Appeals for the Ninth Circuit this Court's Civil Judgment of February 19, 2019 (Dkt. 58), incorporating its Order on Cross Motions for Summary Judgment of February 15, 2019 (Dkt. 57), which granted State Defendants' Motion for Summary Judgment (Dkt. 47), granted Union Defendant's Motion for Summary Judgment (Dkt. 46), denied Plaintiffs' Motion for Summary Judgment (Dkt. 48), and dismissed this case.

DATED this 20th day of February 2019.

/////////

PLAINTIFFS' NOTICE OF APPEAL
NO. 3:18-cv-05620

1

FREEDOM FOUNDATION
Legal@FreedomFoundation.com
360.956.3482 | FreedomFoundation.com
WA | PO Box 552, Olympia, WA 98507
OR | PO Box 18146 Salem, OR 97305

1  By: s/James G. Abernathy
   James G. Abernathy, WSBA #48801
2  c/o Freedom Foundation
   P.O. Box 552 Olympia, WA 98507
3  p. 360.956.3482 f. 360.352.1874
   jabernathy@freedomfoundation.com
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

PLAINTIFFS' NOTICE OF APPEAL
NO. 3:18-cv-05620                    2

FREEDOM FOUNDATION
Legal@FreedomFoundation.com
360.956.3482  |  FreedomFoundation.com
WA  |  PO Box 552, Olympia, WA 98507
OR  |  PO Box 18146 Salem, OR 97305

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel/parties of record. I hereby certify that no other parties are to receive notice.

Dated: February 20, 2019

By: s/James G. Abernathy
James G. Abernathy, WSBA #48801
c/o Freedom Foundation
P.O. Box 552 Olympia, WA 98507
p. 360.956.3482 f. 360.352.1874
jabernathy@freedomfoundation.com

